# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Dwight Wayne Moore Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:20-cv-00359-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Fox, et al. | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 1, 2021 Order.

June 1, 2021

Frank G. Johns, Clerk
United States District Court